UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHERUNDA LYNN FOX,

    Plaintiff,

v.

U.S. POSTAL SERVICE and
20 UNNAMED POSTAL EMPLOYEES,

    Defendants.

Case No. 18-cv-10901-LJM-SDD
Honorable Laurie J. Michelson
Magistrate Judge Stephanie Dawkins Davis

**ORDER DENYING PLAINTIFF'S
SECOND MOTION FOR RECUSAL AND FOR RECONSIDERATION [39]**

The Court has reviewed Cherunda Fox's second motion for recusal and motion for reconsideration. (ECF No. 39.) Fox has articulated no valid basis for recusal under 28 U.S.C. § 455 or reconsideration under E.D. Mich. LR 7.1(h)(3). The motion is denied.

SO ORDERED.

    s/Laurie J. Michelson
    LAURIE J. MICHELSON
    UNITED STATES DISTRICT JUDGE

Date: April 24, 2019

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon counsel of record and/or pro se parties on this date, April 24, 2019, using the Electronic Court Filing system and/or first-class U.S. mail.

    s/William Barkholz
    Case Manager